**Opinion issued March 18, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00852-CV

————————————

**ECO APPLIANCES, INC. D/B/A EQUATOR ADVANCED APPLIANCES,
Appellant**

**V.**

**KAMPS PALLETS, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Case No. 1137104**

---

## MEMORANDUM OPINION

Appellant, ECO Appliances, Inc., doing business as Equator Advanced

Appliances, has neither paid the required fees nor established indigence for purposes

of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* Tex. GOV'T CODE

ANN. §§ 51.207, 51.851(b), 101.041; Order Regarding Fees Charged in the Supreme

Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. On January 13, 2021, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was established, by February 12, 2021. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). On January 19, 2021, appellant was notified that this appeal was subject to dismissal if appellant did not respond to this Court's notice by February 18, 2021. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.